RONALD COLEMAN AND NANCY COLEMAN, PETITIONERS *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 7216–83.

By order dated January 28, 1986, opinion filed October 24, 1985, was withdrawn, and decision entered October 31, 1985, was vacated and set aside.